# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 03 2023**

JEFFREY P. COLWELL
CLERK

_Richard Romero_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
✓ Yes ____ No

_Wellpath, ViTAl corp Doctor John_

_archer, Dentist Bertugolis And_

_medical staff at Jefferson_

_County Jail_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Richard Romero iN2204178 Rise #11 Boulder county JAil
(Name, prisoner identification number, and complete mailing address) 3200 AirPort RD
Boulder, CO 80301

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

__✓__  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
____  Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner
____  Other: (*Please explain*) _____

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: BertNgoli,s DeNTisT for viTAl corp, wellpATh
(Name, job title, and complete mailing address)

200 Jefferson couNTy pkwAy goldeN, co 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ___ Yes  ✗ No (*check one*).  Briefly explain:

couNTy DeNTiST for JeffersoN couNTy JAil.

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: _DOCTOR JOHN ARCHER AND MEDICAL STAFF for VITAl cor_
(Name, job title, and complete mailing address) _Well PATh_

_200 JEFFERSON COUNTY PKWAY golDEN, CO 80401_

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ___ Yes _✗_ No (*check one*). Briefly explain:

_COUNTY DOCTOR AND MEDICAL STAff_

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.


Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.


## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
(federal defendants)

___   Other: (*please identify*) _____

3

ITEM A

"SUMMARY"

Page 1 of 4

TO: JUDGE KRISTAN Wheeler DiVisoN c
from: Richard Romero
Subject: cruel AND UNUSUAL puNishmeNT AS well AS
health coNcerNs AND DAMAges iN uper mouTh
AND GUM infecTion
Address: Boulder couNTy JAil Rise #11 iN2204/78
3200 AirporT RD Boulder, co 80301
VicTim: Richard Romero
WiTNess: Bobby herNARD, JUDge RUSSell, (pD) public
DefeNDer MirANDA LUSTer, ATTorNey JeNNA
KrUSZKA.
DefeNDANTS: WellpATh, ViTAl corp, DocTor JohN Archer
AND DeNTiST BerTNgoli,S AND meDicAl
STAff AND Nurses AT JefferSON couNTy
JAil.

Your honor, I KNow your Time iS VAluAble
AND Truly AppreciATe TAKiNg The Time To
Review my ciVil cASe, below iS A brief
SUMMAry AND ATTAcheD iS The DeTAileD
TimeliNe.

WellpATh, ViTAl corp, AS well AS meDicAl
STAff AND Nurses AND DocTor JohN

Archer AND That of DeNTiST BerTNgoli, S.

1) IS fully AwAre of my MeDicAl AND DeNTAl CoNDiTioNs.

2) wheN i firST goT here oN 1-4-18 AND CAme bAck oN 3-18-21, meDicAl AS well AS NurSeS MADe me wAiT a week To give me my SeZiour meDicATioN, AND iNformeD me i hAD To hAve A SeZiour firST before i cAN Receive my meDi- CATioN. AND ThAT i hAve To hAve To hAve A SeZiour oN The floor AND NoT oN my BeD.

3) DeNTAl KNew ABoUT my TeeTh AND STill mADe me wAiT To See Them. AND mADe me wAiT So LoNg ThAT i goT A MouTh iNfecTioN AND gAve me liTTle To No help.

4) MADe me wAiT 15 To 19 weeKS before SeeiNg The DeNTiST.

5) KepT TAKiNg me off The wAiTiNg liST To See The DeNTiST AND hArAssiNg me To puT iN New heAlTh cAre KiTeS. wheN iT chArgeS me #5.00 for eAch

kite so they can RACKeTeer more
Money from Me knowing iT's A Recu-
rring issue AND Their NoT suppose
To charge Me for Recurring issues.

6) Charging Me to geT My ViTAIS check
When i have Seziours AND under chronic
care AND Medical shouldN'T charge me
for viTAl Checks. There suppose To Do
viTAl Checks AuTOMATicly cause of my
Seziours AND should check Them on A
MonTh To monTh bAses.

7) DeNTiST fiNAlly pulled my TooTh on 11-24-21
Well pulling My TooTh iN AN angry AND
Aggressive mANNer he DAMAgeD The iNSiDe
of My uper MouTh WiTh his DeNTAl iNSTrumeNT
AND LefT Me iN EXCruciATiNg pAiN AND
sore for seuerAl weeKS.

8) DeNTiST LefT A peace of TooTh of BoNe
oN My VAIN iN My MouTh for 16 Weeks or
LoNger wheN he EXrAcTeD My TooTh
oN 11-4-21 AND LefT Me iN AgoNiziNg,
EXcruciATiNg, uNbeArAble pAiN The whole
DurATiON of The TiMe.

9) STill iNfecTeD siNce of MAY of 2021

AND WAITING To See The DeNTiST Since
11-04-21 AND STill iNfecTeD AND
excrUciATiNG PAiN.

10) well PATh is No LoNGer AT JeFFerSoN
couNTy JAil, IT is KNow ViTAl corp BUT
STill The SAMe STAFF AND MeDicAl AND
DeNTAl.

11) fiNAlly goT TooTh ExTrAcTeD oN 3-24-22
iT's The SAMe TooTh I've been WAiTiNG
To geT exTrAcTeD SiNce 11-04-21.

12) ON 1-19-23 SAw The DeNTiST iN BoulDer
couNTy JAil AND ADViSeD Me THAT NoT
oNly AM i STill iNfecTeD, BUT sees
The DAMAge iN My uper MouTh iNSiDe
were The DeNTiST AT JeFFerSoN
couNTy JAil DAMAgeD The iNSiDe wiTh
his DeNTAl iNSTruMeNT.

13) ON or BeFore JuNe or July of 2018 goT
2 STAFF iNfecTioNS AND ReceiVe No To LiTTle
help. 1ST STAFF iNfecTioN oN My RighT fooT
AND The 2ND oN The LeFT SiDe of My Neck
AND DiDN'T Receive proper TreATMeNT
Till i goT To DrDC.

ITem B                    "DeTAileD TimeliNe"              PAge
                                                          1 of 11

TO: JuDge KrisTAN Wheeler DiViSON c

From: RichARD Romero

SubJecT: cruel AND UNUSUAl puNishmeNT as well As
        heAlth coNcerNs AND DAmAges iN uper MouTh
        AND Gum iNfecTioN

ADDress: BoulDer couNTy JAil Rise #11 iN220l78
        3200 AirporT RD BoulDer, Co 80301

VicTim: RichARD Romero

WiTNess: Bobby herNARD, JuDge Russell, (pD) puBlic
        DefeNDer MirANDA LusTer, ATTorNey JeNNA
        KruSZKA

DefeNDANTs: Well pATh, ViTAl corp, DocTor JohN Archer
          AND DeNTisT BeTTNgoli,s AND MeDicAl
          STAFF AND NurSes AT JeffersoN couNTy
          JAil.

          Your hoNor, The followiNg pAges hAVE A
          TimeliNe wiTh DeTAils ABouT cruel AND uNuSuAl
          puNishmeNT AND As well As heAlth coNcerNs
          AND DAmAgeS iN siDe uper MouTh AND Gum iNfec-
          TioNs, AND STAFF iNfecTioNs ReceiVeD AT
          JeffersoN couNTy JAil. WheN i firST ArriveD
          iN JeffersoN couNTy JAil JAN 4Th of 2018. ON
          or afTer JANUAry of 2018 NOT WAs I also
          DeNieD My SeZiour MeDicATioN AND hAD To

WAIT A week This first Time To Receive my
MEDICATION for my seziours. BUT I also
Received 2 STAFF INFECTIONS. one of these
STAFF INFECTIONS WAS on my foot The 2ND
STAFF INFECTION WAS ON MY NECK on
The LEFT side. This WAS STILL AN accruing
issue on or after July of 2018. I Rece-
ived No To LETTle help AND TREATMENT
With The MEDICAL STAFF AND NURSES AT
Jefferson county JAil. Numerous guess-
ing ATTEMPTS WAS MADE To cure The STAFF
INFECTIONS BUT NO METHOD'S WORKED. I DiDN4
Receive proper TREATMENT Till i Arrived
To DrDC around August of 2018. MEDICAL
STAFF AND NURSES at DrDC WAS ASTONish
ON The LACK of MEDICAL TREATMENT THAT
i Received at Jefferson COUNTY JAil.
MEDICAL STAFF AS well AS NURSES AT DrDC
WAS NOT ONLY Curious, BUT Shocked oN
how Jefferson COUNTY JAil. COULD give
me No To LiTTle help. BUT how They
COULD LEAVE me iN cruches The
DURATION of my STAY aT Jefferson
COUNTY JAil. This NOT ONLY LeFT me iN

Excruciating, agonizing, as well as unbearable pain. But it also left me in durass as well. On 3-18-21 i came back to Jefferson County Jail medical as well as nurses made me wait again to receive my seziour medicatio. And informed me i had to wait to have a seziour before i can receive my medication. And informed me i have to have my seziour on the floor and not my bed. I informed medical that they not only have my records. But medical is aware of my seziour. Medical as well as nurses informed me it's protocol as well as policy. A week went by and had my seziour again and got my medication. On 4-1-21 i kited medical do cause I woke feeling drowzy, dizzy, as well as weak and my body was hurt also. Medical informed me that they would do neuro checks on me but failed to do so. On 5-6-21 I rekited medical informing them that my tooth was hurting and bleeding. And informed medical i was in pain. Well on

5-14-21 at 12:42:56 I Rekited Dental again
Do cause I was still waiting to see the
Dentist since my last kite on 5-6-21.
according to Dental and Dental they claim I saw
Dental on 5-13-21. I've informed them that
I've still been waiting to see Dental
and still haven't see them. on 5-17-21 Medical
informed me that i was Rescheduled to
see the Dentist. I informed them that i
was in excruciating, agonizing pain. I
found out from night Med pass on 5-17-21
That Medical staff and nurses never
Rescheduled me, so that night on 5-17-21
I Rekited Dental to let them aware
of the issue and to schedule me and
hurting bad, and needed my tooth extrac-
ted. on the same day Medical kited me
back letting me know, the Denist
see's so many people Every Day! on 5-17-21
I kited Medical Regarding my legs Being
Irritated, Burning, Itchy. Do from the
cleaning chemicals they put in the wash
with the clothes. for a while they were
giving me cream for my legs for about

Page
5 of 11

A week, But my legs was almost healed
So when i RekiTeD mEDiCAl To RENEw The
cream They ADviseD me To go oN commissAry
AND Buy loTioN ThaT They RefuSe To help
Me Any MoRe, AND ThAT WAS DATeD oN
5-24-21. Well oN S-25-21 I kiTeD The
DeNTiST Do cAuse NoT oNly wAS I STill
WAiTiNG To See him BuT My GUMS STArTeD
To geT puffy, AND hAD 2 Like pimples oN
My GUMS, my TeeTh wAS STArTiNG To
hurT Really BAD also There WAS 2 like
pimples oN My GUMS AND my MouTh TASTED
Like BATTery fIveD. This WAS a NoN-goiNG
issue DuriNG The DurATioN of MAy. IT also
hAS beeN a RecurriNG issue AS well. The
DeNTiST KepT chArGiNG Me for These
RecurriNG issueS a NumeRous of TiMeS.
WheN I NoT oNly kiTeD meDicAl AS well
AS TAlkiNg To NurSes They iNforMeD Me
ThAT They DoN'T chArge for RecurriNG issueS,
BuT They ReAlly DiD. oN 10-4-21 I woke up
feeliNG Like crAp My SympToMS were DiZZy-
NeSS, LighT heADeDNeSS, My Eyes ouT of
focuS, migrAiNS, RuNNy NoSe, SNeeZiNG, RighT

NOSe WAS STIff AND SoLiD HARD, WiTH 2
Like piMPS oN My gUMS. I feIT Like I
WAS goiNg TO PASS ouT AND FAINT AND
The Room WAS SpiNiNg. I WAS So SCARED
AND AT This poiNT WAS STILL WAITIINg To
See The DENTIST, Well ThAT SAME DAy
oN 10-4-21, I ASkeD The NightT NURSe
if She CAN please CHeck My ViTAIS
for me. I AlSo iNfoRMeD her how I WAS
feeliNg AND ThAT I hAVe seziours. I
AlSo iNfoRMeD her ThAT SiNce my DuRATIoN
of My STAy here i NeVer hAD My ViTAIS
Check RegulARly AND My heART WAS
BeATiNg fAST AND ThAT i WAS iN ExcRUCi-
ATiNg, AS well AS AgoNiziNg, uNBeArAble pAiN.
I Also iNforMeD her ThAT NoT oNly WAS
worrieD buT ScAreD aS well. AND ThAT
iT feIT Like i WAS eiTher DieiNg or
hAviNg A seziour from This iNfecTIoN.
The NuRSe iNforMeD me ThAT She wiIl
Check My ViTAIS for $5.00. I iNforMeD
her NeVer miND AND To please give me
A meDicAl heAlTh cAre KiTe. She STATeD "
Why I'm RighT here AND iNSiSTeAD To

Check My VITAlS ANY WAY. I politely
iNFORMED her. THaT I'm uNDER chRONic care
CAUSe of My SeZiours AND I'm suppseD To geT
My VITAlS checkeD Regularly oN a MONTh To
MONTh bases. AND NOT geT chARgeD. BUT oN
10-7-21 She chARgeD me for checkiNg oN my
VITAlS. SINCe I've BeeN KiTiNg DeNTAl aBouT
My TeeTh AND gums AND eveN puT iN a
grIevANce ABouT NOT ONly STill WAITiNg To
See The DeNTIST BuT also cAUSe The ANTi-
bioTics are why To weAk of a Dose. My
iNFecTioN WAS so severe. ThaT i oNly ReceiveD
The ANTIbioTics for a week or someTimes. 2
weeks. There be TImes i wouID Be iN so
MUCh pAiN i wouID LeT MeDicAl AND ThaT of
The DeNTiST KNow or The NURses. ThaT AT
TImes i wouID geT help AND other TImes They
wouID iNForm me To puT iN more heAlTh
CARe KiTes So They cAN RockeTeer more
moNey from me AND either Refuse me help
or give me liTTle help. oN 11-4-21 I fiNAlly
goT oNe of my TeeTh exTRacTeD ThaT I've
BeeN pATieNTly wAiTiNg for, for 19 weeks
WheN i SAw The DeNTiST mr. S, BerTNgoli

He seemed like he was not only in an angry mood but also aggressive cause when he extracted my tooth he did is Rough and Mad. well extracting my tooth he shoved his tool instrument forcefully in my mouth damaging The inside uper mouth. My mouth hurted to eat or chew food it even hurted to drink water. Mr. S. Bertngoli also Left a peace of Bone or tooth hanging on a vain in my mouth were he extracked my tooth. And Left me in excruciating, agonizing, as well as unbearable pain. I didn't get.... that peace of Bone or tooth that was hanging on that vain extracted from my mouth till 3-24-22. mr. S. Bertngoli Left me in excruciating pain for 4 months and 3 weeks before he can pull the Rest of it out. I recently found out from other inmates That They had got infected To by mr. S. Bertngoll. on 4-8-22 i kited medical to inform Them That My mouth and gums are hurting and I'm still infected and in excruciating pain. medical Replyed and advised me to buy pain pill off commissary.

Since my ASSAULTe oN 10-28-21 AND 2-13-22
I've KiTeD MeDICAL AND iNformeD Them ThAT
I'M NoT oNLY iN agoNiZiNg PAiN STiLL from
my ASSAULTe S BuT My BACK huTTS To BeND
DowN or LAY oN my siDe ETC... MeDICAl
STopeD giving me; aNy more PAiN piLLS for
My PAiN, AND ADViSeD me To KiTe MeDICAL
agaiN So They CAN RACKeTee r more moNey
AgaiN or buy PAiN piLLS oN commiSSAry.
oN or Before 3-31-22 I SAw DocTor JohN
archer for my bACK PAiN AND iNformeD him
WhaT The SiTuATioN iS AND WhaT happeND oN
10-28-21 AND 2-13-22. DocTor JohN Archer
iN a RuDe AND aggressive ToNe STATED
To me AND i qouTe "your JUST A huNchbACK
AND NeeD To work oN your posTure". I
KiNDly iNformeD him whaT my primary
DocTor STATeD To me ThAT i NeeDeD
SurgerY oN My bACK before i TurN a cerTAiN
age, AND ThAT wheN i Keep geTTiNg oLDer
There some VAiNS geTTiNg cLoser To my
heArT AND iT cAN KiLL me. I ALSo KiNDly
LeT him KNow ThAT My bACK PAiN hAS NoTh-
iNg To Do wiTh me BeiNg A huNchbACK.

Page
10 of 11

Then in an aggressive tone Dr. Archer
tells me "well theres nothing i can do
for you good-Bye". ON 1-20-23 I was
informed By The Boulder County Jails
Dentist that Not only am i still
Infected in my gums. Which she
put me on antibiotics. But she
she also noticed that there was
not only damage inside my uper
mouth but she can see the
Neglect and unproper care that
I Received AT Jefferson County
Jail. Also I like to add when I was
in the shu on 11-2-21 I saw my
cousins Kristina Romero and David
Eli Romero. I not only witnessed But
heard Jefferson County Jails Nurse
when she was doing medline informed
The Deputy that shes Refusing to give
My cousin Kristina Romero her seziour
medication. That same day my cousin
Kristina Romero had a seziour. Since
The nurse Refused my cousin Kristina
Romeros medication she kept having

SEZIOUFS, ON 11-4-21 MY COUSIN KRIST-
INA HAD a SEZIOUF AgAIN NURSES STATED
TO DEPUTYS "IT DON'T MATTER if your
a MAN NOr a WOMAN They all FAKE
SEZIOUrS." ON 11-3-21 NURSES MIXED UP MY
COUSIN DAVID Eli ROMErO AND MY SEZIOUF
MEDICATION TWICE. AND NURSES gAVE ME
his MEDICATION &I RECEIVED his. I FILED A
COMPLAINT TO THE US DEPARTMENT OF JUSTICE NOT
ONLY aBOUT THE INCIDENT ThAT OCCURFED
WITH MY COUSINS, BUT alSO THE NEgLECT
AS WELL AS THE CRUEL AND UNUSUAL
PUNISHMENT THAT NOT ONLY OCCUrED AT
JEFFERSON COUNTY JAIL. BUT THE CRUEL AND
UNUSUAL PUNISHMENT i RECEIVED FROM
MEDICAL STAFF AND NURSES AS WELL AS
DENTAL. UNDER 28 USC 1746 18 USC 1621. I
DECIAFE ThAT everYThing iN THIS STATEMENT
is TrUE, AND NOT AT All FABRICATED NOr DIST-
ORTED.

RESPECTFULLY SUBMITTED
RichArD ROMErO
Po 111 4119

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: pleAse refer To ATTAcheD "summAry" 4 pAges DocumeNTioN AND ATTAcheD "DeTAiled Timeline" 11 PAges DocumeNTioN.

Supporting facts:

PleAse See ATTAcheD DocumeNTs NoTeD ABove.

"summAry" 4 PAges DocumeNTioN ATTAcheD is ITem A

"DeTAiled Timeline" 11 PAges DocumeNT. ATTAcheD is ITem B

4

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    *N/A*

Docket number and court:                    *N/A*

Claims raised:                              *N/A*

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   *N/A*

Reasons for dismissal, if dismissed:        *N/A*

Result on appeal, if appealed:              *N/A*

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    _✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    _✓_ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* 65,000 for PAIN & suffering AND cruel AND UNUSAl PUNiShmeNT. AND Body CAMrAS oN all MEDiCAl AND DeNTAl STAFF As well as NUrses AND ProViDerS, AND DAMAge iN my uper mouTh AND LEAViNg me with a gum iNfeCTioN As well as EXrUCiATiNg PAiN.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

1-31-23
(Date)